UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:04cr16/MCR/GRJ
    5:16cv220/MCR/GRJ

CHAD CHRISTOPHER PYNE

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 5, 2017, ECF No. 71, in which the Magistrate Judge recommends that the Government's motion to dismiss be denied. Neither party objected, and on March 16, 2017, in accordance with the recommendation, the Government filed a supplemental response addressing the Supreme Court's decision in *Beckles v. United States*, Case No. 15-844, 2017 WL 855781 (2017). ECF No. 71, 72. After full consideration of the record, I have determined that the Report and Recommendation should be adopted. The Government's motion to dismiss will be denied and the case will be referred to the magistrate judge for review of the merits of Defendant's motion.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Government's Motion to Dismiss, ECF No. 69, is **DENIED.**

3. This case is referred to the magistrate judge for preparation of a report and recommendation addressing the merits of Defendant's claim.

**DONE AND ORDERED** this 27th day of March, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case Nos. 5:04cr16/MCR/GRJ; 5:16cv220/MCR/GRJ