**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

**v.**                    **CASE NOS.:   5:04cr16/MCR/MJF**
                                          **5:16cv220/MCR/MJF**

**CHAD CHRISTOPHER PYNE**

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 19, 2018.  ECF No. 76.  The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.   Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, ECF No. 63, is **DENIED** to the extent he seeks relief based on the Supreme Court's decision in *Johnson* and otherwise **DISMISSED** as untimely.

3.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 4th day of December 2018.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.:   5:04cr16/MCR/MJF; 5:16cv220/MCR/MJF